IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DARLENE MARIE ARCHIBALD,

      Plaintiff,      JUDGMENT IN A CIVIL CASE

v.              Case No. 10-cv-558-bbc

ASPIRUS, INC., ASPIRUS VNA HOME
HEALTH, INC., ASPIRUS VNA EXTENDED
CARE, INC., LINDA HACKBARTH,
SARAH GOETSCH, KARLA HUBER and
BARBARA MOSKONAS AUSTIN,

      Defendants.

---

  This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Linda Hackbarth, Sarah Goetsch, Karla Huber, Aspirus, Inc., Aspirus VNA Home Health, Inc., Aspirus VNA Extended Care, Inc. and Barbara Moskonas Austin granting their motions to dismiss and for summary judgment and this case is dismissed.


_/s/ Peter Oppeneer_        _12/2/11_
Peter Oppeneer, Clerk of Court      Date